**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| MARK SMITH, as Personal Representative of the Estates of William Bledsoe and Naomi Bledsoe,<br><br>             Plaintiffs,<br><br>        v.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA; a New Hampshire corporation, and DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No. 2:21-cv-07850<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

1 | Having considered the Stipulation to Dismiss Entire Action with Prejudice filed by Plaintiff Mark Smith and Defendant First National Insurance Company of America, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. This entire action is dismissed with prejudice, and
2. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: May 18, 2022

By: *(signature)*

Honorable Stephen V. Wilson
Unites States District Court